Eugene Bolle, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 8,145.

Heard in this court at the February term, 1932. Opinion filed October 18, 1932.

Nelson J. Wilcox and I. C. Belden, for appellant. Ryan & Rosenthal and Paul McGuffin, for appellee.

Mr. Justice Jett delivered the opinion of the court.

A. Gertrude Cotton, plaintiff in error, v. James Simpson et al., defendants in error. Gen. No. 8,403.

Heard in this court at the October term, 1932. Opinion filed October 18, 1932. Rehearing denied February 16, 1933.

J. W. Clendennin and John H. Armstrong, for plaintiff in error; John H. Armstrong, of counsel. Hardy, Hardy & Hardy, for defendants in error James Simpson, J. J. Welsh, Ben D. Baird and D. R. Burr. Marsh, Lewis, Thompson & Barash, for defendants in error Galesburg National Bank, F. S. Taylor and T. M. Cox.

Mr. Justice Jett delivered the opinion of the court.

Rosella Beson, plaintiff in error, v. Robert Zimmerman, defendant in error. Gen. No. 8,417.

Heard in this court at the October term, 1931. Opinion filed October 18, 1932. Rehearing denied February 16, 1933.

Butters & Butters, for plaintiff in error. Robert E. Larkin, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Hazel R. Batson, appellee, v. Herbert M. Batson, appellant. Gen. No. 8,502.

Heard in this court at the February term, 1932. Opinion filed October 18, 1932. Rehearing denied February 7, 1933.

Frank T. Jordan, for appellant. Hadley & Weaver, for appellee; John S. Woodward, Palmer Leren and William C. Atten, of counsel.

Mr. Justice Jett delivered the opinion of the court.